UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
07 OCT -4 AM 8:53
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> Jose Francisco Garcia ) <br> ) <br> Defendant, ) <br> _____ ) | COMPLAINT FOR VIOLATION OF <br><br> Title 21, U.S.C., Sections 952 and 960 <br> Importation of a Controlled Substance |

'07 MJ 2374

The undersigned complaint being duly sworn states:

On or about October 3, 2007, within the Southern District of California, Jose Francisco Garcia, did knowingly and intentionally import approximately 12.05 kilograms of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
Nicole Caughey, Special Agent
U.S. Immigration and
Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 4th DAY OF OCTOBER 2007.

_____
MAGISTRATE JUDGE

## STATEMENT OF FACTS

On October 3, 2007, at approximately 1730 hrs, Jose Francisco Garcia, a United States citizen and national, entered the United States from the Republic of Mexico at the Tecate Port of Entry. Garcia was the driver and sole occupant of a blue 1992 Isuzu Impulse bearing a California temporary operating permit, permit number 706867S. The vehicle was referred to the secondary inspection area where 8 packages containing approximately 12.05 kilograms of a crystalline substance were found concealed in a non-factory compartment in the rear bumper of the vehicle. A presumptive test of one of the packages revealed a positive reaction to the presence of methamphetamine. Garcia was arrested and charged with violation of Title 21 USC 952, 960, Importation of a Controlled Substance, and was booked into the Metropolitan Correction Center, San Diego, CA.