FILED

07 OCT 17 AM 9:32

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: PDC     DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

'07 CR 2880 JM

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Criminal Case No. _____ |
|     Plaintiff, | ) |
|     v. | ) I N D I C T M E N T |
| JOSE FRANCISCO GARCIA, | ) Title 21, U.S.C., Secs. 952 and 960 - Importation of Methamphetamine; Title 21, U.S.C., Sec. 841(a)(1) - Possession of Methamphetamine with Intent to Distribute |
|     Defendant. | ) |

The grand jury charges:

Count 1

On or about October 3, 2007, within the Southern District of California, defendant JOSE FRANCISCO GARCIA did knowingly and intentionally import 500 grams and more of a mixture and substance containing a detectable amount, to wit: approximately 12.05 kilograms (26.51 pounds) of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

//
//
//
//

DDL:fer:San Diego
10/12/07



<u>Count 2</u>

On or about October 3, 2007, within the Southern District of California, defendant JOSE FRANCISCO GARCIA did knowingly and intentionally possess, with intent to distribute, 500 grams and more of a mixture and substance containing a detectable amount, to wit: approximately 12.05 kilograms (26.51 pounds) of methamphetamine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

DATED: October 17, 2007.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
DAVID D. LESHNER
Assistant U.S. Attorney

2