1  MICHAEL LITTMAN
   CA State Bar # 120625
2  105 West "F" St., 4th Flr.
   San Diego, CA 92101
3  (619) 236-1030

4  Attorney for Defendant
   JOSE FRANCISCO GARCIA
5

6

7              UNITED STATES DISTRICT COURT

8              SOUTHERN DISTRICT OF CALIFORNIA

9                  (Hon. Jeffrey T. Miller)

10 | UNITED STATES OF AMERICA, ) | Case No. 07-CR-2880-JM
   |                            ) |
11 |     Plaintiff,             ) | **NOTICE OF MOTIONS AND**
   |                            ) | **MOTIONS TO COMPEL**
12 | v.                         ) | **DISCOVERY AND FOR LEAVE**
   |                            ) | **TO FILE FURTHER MOTIONS**
13 | JOSE FRANCISCO GARCIA,     ) |
   |                            ) | DATE: November 16, 2007
14 |     Defendant.             ) | TIME: 11:00 a.m..
   |                            ) |

15

16  To:   KAREN P. HEWITT, United States Attorney, and
        DAVID KATZ, Assistant United States Attorney

17       PLEASE TAKE NOTICE that as soon as counsel may be heard, the accused,

18  JOSE FRANCISCO GARCIA, by and through his attorney of record, Michael Littman,

19  will ask this Court to enter an order granting his motions to compel discovery and for

20  leave to file further motions.

21       These motions are based upon the instant motions and notice of motions, the

22  attached statement of facts and memorandum of points and authorities, and any and all

23  other materials that may come to this Court's attention at the time of the hearing on these

24  motions.

25                                    Respectfully submitted,

26
    DATED: November 2, 2007           s/Michael Littman
27                                    Attorney for JOSE FRANCISCO GARCIA

28