UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.07cr2880 JM |
| ) | |
| Plaintiff, ) | |
| v. ) | ORDER ON MOTION TO CONTINUE |
| ) | HEARING [Docket No. 11] |
| JOSE FRANCISCO GARCIA, ) | |
| ) | |
| Defendant. ) | |

Upon the joint request of counsel and for good cause being shown, the motion hearing currently scheduled before Hon. Jeffrey T. Miller on November 16, 2007 is hereby continued to ***January 11, 2008 at 11:00 a.m.***

IT IS SO ORDERED.

DATED:  November 15, 2007

_____
Hon. Jeffrey T. Miller
United States District Judge