# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

# (HONORABLE JEFFREY T. MILLER)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>JOSE FRANCISCO GARCIA,<br><br>　　　　Defendant | CASE: 07-cr-02880-JM-1<br><br>**ORDER FOR SUBSTITUTION OF ATTORNEY** |

**GOOD CAUSE** appearing therefor:

**IT IS HEREBY ORDERED** that MR. JOSE FRANCISCO GARCIA substitutes attorney CHRISTIAN DE OLIVAS, from DE OLIVAS LAW FIRM, APLC, located at 200 N. Bradford Avenue, Suite L, Placentia, CA 92870, with telephone number (714) 646-3314, as attorney of record in place and stead of attorney, SYLVIA A BAIZ, from the LAW OFFICE OF SYLVIA A BAIZ.

**IT IS SO ORDERED**:

February 15, 2008
**DATED**

_[signature]_
U.S. DISTRICT COURT JUDGE
JEFFREY T. MILLER