1
2
3
4
5

6                      UNITED STATES DISTRICT COURT

7                      SOUTHERN DISTRICT OF CALIFORNIA

8  UNITED STATES OF AMERICA,        )        Case No. 07CR2880-JTM
                                    )
9                 Plaintiff,        )
           v.                       )
10                                  )        CERTIFICATE OF SERVICE
   JOSE FRANCISCO GARCIA,           )
11                                  )
                  Defendant.        )
12  _____)

13  IT IS HEREBY CERTIFIED THAT:

14     I, David L. Katz, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

15

16     I am not a party to the above-entitled action. I have caused service of **GOVERNMENT'S RESPONSE AND OPPOSITION TO DEFENDANT'S MOTIONS TO 1) COMPEL DISCOVERY 2) LEAVE TO FILE FURTHER MOTIONS TOGETHER WITH GOVERNMENT'S MOTION FOR RECIPROCAL DISCOVERY** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

17

18

19     **1.     Christian De Olivas,** christian@deolivaslaw.com

20     I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

21

22     **1.     None**

23  the last known address, at which place there is delivery service of mail from the United States Postal Service.

24     I declare under penalty of perjury that the foregoing is true and correct.

25     Executed on April 11, 2008.

26                                              s/ David L. Katz
                                                DAVID L. KATZ
27

28